CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 12 2005

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA :
:
v. :
: Criminal No. 4:04CR00013
LATERRIO LARAN DAVIS :

# FINAL ORDER OF FORFEITURE

**WHEREAS**, the Defendant pled guilty to a violation of 18 U.S.C. § 924(g), and on October 5, 2005, this Court entered an Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 as to one Bryco .380 caliber semiautomatic pistol, serial number 1292852;

**AND WHEREAS**, on October 18, 2005, the United States published in a newspaper of general circulation, the *Danville Register and Bee*, notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

**AND WHEREAS**, it appears from the record that no claims, contested or otherwise, have been filed for the firearm, and the time for filing claims has expired;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Order of Forfeiture entered herein on October 5, 2005 is affirmed and all right, title and interest to the firearm is forfeited to the United States of America, and shall be disposed of according to law. No right, title, or interest shall exist in Laterrio Laren Davis, nor any other person or entity.

2. The United States is ORDERED to dispose of the firearm according to law

subject only to all expenses attributable to the seizure, maintenance, forfeiture and disposal of the forfeiture firearm.

3. The Clerk is hereby directed to certify copies to the U.S. Probation Office, P.O. Box 1578, Roanoke, VA 24007-1578, and all counsel of record.

**ENTERED THIS 12th DAY OF December, 2005.**

Jackson L. Kiser

**UNITED STATES DISTRICT JUDGE**